STATE OF CONNECTICUT *v.* PERCELL BLAKENEY
(12187)

FOTI, HENNESSY and CRETELLA, Js.

Argued December 12, 1994—decision released January 3, 1995

*Percell Blakeney,* pro se, the appellant (defendant).

*James M. Ralls,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *David Strollo,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.